

**JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 12822
**The Medrala Law Firm Prof. LLC**
1091 S. Cimarron Road, Suite A-1
Las Vegas, Nevada 89145
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IGOR SAHINOV, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a Maryland Corporation,<br><br>Defendants. | CASE NO.: 2:21-cv-00919-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Igor Sahinov, and Defendant Geico Advantage Insurance Company, that the deadline for Igor Sahinov to file his response to Geico Advantage Insurance Company's Motion to Dismiss All Extra-Contractual Allegations (ECF No. 10) currently set for July 20, 2021, shall be continued to July 26, 2021.

Good cause exists for this continuance of the deadline for Plaintiff to respond to Defendant's Motion. Plaintiff's counsel requested a short extension of the deadline due to scheduling conflicts, as well as unexpected workload in the week of July 19, 2021.

This stipulation is made in good faith and not for purposes of delay or any other improper purpose.

1    The parties therefore, stipulate and request that this Court enter an order approving the
2    continuance of Plaintiff's deadline to respond to Defendant's Motion from July 26, 2021.

3    Dated this 20th day of July 2021.                Dated this 20th day of July 2021.

4    /s/ Jakub P. Medrala                             /s/ Chenelle L. Jackson, Esq.

5    **Jakub P. Medrala, Esq.**                      **Chenelle L. Jackson, Esq.**
     1091 S. Cimarron Road, Suite A-1                 Nevada Bar No. 15750
6    Las Vegas, Nevada 89145                          8337 West Sunset Road, Suite 350
     *Attorney for Plaintiff*                         Las Vegas, Nevada 89113
7                                                    *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED: July 20, 2021

_____
**U.S. DISTRICT COURT JUDGE**